**LISA R. J. PORTER**
JP Law PC
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035
(503) 245-6309
OSB NO. 025035
Email: Lisa@jplawpc.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

**James K. Barrett,**
        Plaintiff,                                 Civil Action No. 3:19-cv-00633-AA
vs.

ANDREW SAUL                                 ORDER GRANTING AWARD
COMMISSIONER of Social Security,      OF EAJA FEES, EXPENSES
_____Defendant_____/        COSTS

### ORDER

Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(A) the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in Astrue v Ratliff, 130 S. Ct. 2521U.S. (2010), and 28 U.S.C. § 1920 it is hereby ordered that EAJA attorney's fees of $**5,141.51** and expenses $**5.71** and costs of $**10.30**, if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program as discussed in Ratliff shall be paid to the Plaintiff, and mailed to the attorney's office.

Done this   20th   day of           May          , 2020

                                                 /s/Ann Aiken
                                                      Judge

Presented by:

s/Lisa R.J. Porter_____-
Lisa R.J. Porter, OSB 025035
Attorney for Plaintiff
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035